FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2003 OCT 31 P 12: 25

US DISTRICT COURT
BRIDGEPORT CT

| | | |
|---|---|---|
| NATIONAL SURETY CORPORATION | : | |
| | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:02CV976 (WWE) |
| | : | |
| vs. | : | |
| | : | |
| STEADFAST INSURANCE COMPANY, | : | |
| NATIONAL RAILROAD PASSENGER | : | |
| CORPORATION d/b/a AMTRAK, METRO | : | |
| NORTH COMMUTER RAILROAD | : | |
| COMPANY, DUCCI ELECTRICAL | : | |
| CONTRACTORS, INC. and NATIONAL | : | |
| UNION FIRE INSURANCE COMPANY OF | : | |
| PITTSBURGH, PA | : | |
| Defendants. | : | October 29, 2003 |

## MOTION TO MODIFY SCHEDULING ORDER

Pursuant to D. Conn. L. Civ.R. 9, the plaintiff in the above-referenced matter, National Surety Corporation, hereby moves, with consent of all counsel, for a further modification of the scheduling orders set forth in the Parties' Planning Meeting Report. In support hereof, the undersigned counsel represents the following:

1.  This declaratory judgment action seeks a judicial determination of the allocation of insurance coverage for the defendants National Railroad Passenger Corporation d/b/a Amtrak ("Amtrak") and Metro North Commuter Railroad Company ("Metro North") relating to two pending personal injury cases, as well as the respective defense obligations owed by the plaintiff and the defendants Steadfast Insurance Company ("Steadfast") and National Union Fire Insurance Company of Pittsburgh, PA ("National Union") to Amtrak and Metro North in those cases. The dispute generally concerns Railroad Protective Liability Policies issued by Steadfast and National Union and

*No Oral Argument Requested*

additional insured coverage for the defendants Amtrak and Metro North under a Commercial General Liability Policy issued by the plaintiff.

2. By Order dated August 13, 2003, the undersigned was instructed by the Court to join as a party defendant National Union, who issued a Railroad Protective Liability Policy which may provide coverage for the losses set forth in the underlying personal injury actions. National Union has since appeared in this action and filed its answer to the amended declaratory judgment complaint. National Union has further interposed a cross-claim/counterclaim for declaratory relief.

3. In view of the recent addition of National Union in this case, the parties would request a modification in the scheduling orders as follows:

| | |
|---|---|
| Discovery cut-off | 4/1/2004 |
| Due date for filing dispositive motions | 7/15/2004 |

6. Counsel for the defendants have been contacted about this motion to modify and consent to the granting of same. Further, the undersigned counsel represents that this is the second motion requesting a modification of the scheduled orders.

WHEREFORE, the plaintiffs prays this motion be granted.

THE PLAINTIFF,
NATIONAL SURETY CORPORATION

By: _____
Darren P. Renner, Esq. (ct15901)
Lustig & Brown, LLP
1150 Summer Street
Stamford, CT 06905
Phone No. 203-977-7840
Fax No. 203-977-8649

## CERTIFICATE OF SERVICE

Pursuant to D.Conn.L.Civ.R.7(e), this is to certify that a copy of the foregoing has this date been mailed, postage prepaid to the following:

Nancy D. Lyness, Esq.
White, Fleischner & Fino
140 Broadway
New York, NY 11005

Karen Gerber, Esq.
Nuzzo & Roberts, LLC
One Town Center
P.O. Box 747
Cheshire, CT 06410

David J. Crotta, Jr., Esq.
Mulvey, Oliver & Crotta
83 Trumbull Street
New Haven, CT 06511-3774

Darren P. Renner, Esq