# FILED

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

2004 MAR 3  P 12: 25

US DISTRICT COURT
BRIDGEPORT CT

| | |
|---|---|
| NATIONAL SURETY CORPORATION | : |
| | : CIVIL ACTION NO. |
| Plaintiff, | : 3:02CV976 (WWE) |
| | : |
| vs. | : |
| | : |
| STEADFAST INSURANCE COMPANY, | : |
| NATIONAL RAILROAD PASSENGER | : |
| CORPORATION d/b/a AMTRAK, METRO | : |
| NORTH COMMUTER RAILROAD | : |
| COMPANY, DUCCI ELECTRICAL | : |
| CONTRACTORS, INC. and NATIONAL | : |
| UNION FIRE INSURANCE COMPANY OF | : |
| PITTSBURGH, PA | : |
| Defendants. | : March 1, 2004 |

## MOTION TO COMPEL

Pursuant to Federal Rule of Civil Procedure 37(a)(2)(B), the plaintiff, National Surety

Corporation, through counsel, hereby moves for an order of compliance, directing that the defendants

respond to plaintiff's interrogatories and requests for production dated October 28, 2003 (copies of

which are attached hereto as **Exhibit A**). To date, none of the defendants have responded nor

objected to the requested discovery.

The undersigned counsel certifies that the movant has in good faith conferred or attempted

to confer with counsel for the defendants in an effort to secure the information and/or materials

without the need of Court intervention. Attached to this motion as **Exhibit B** is a letter dated

January 15, 2004, to defense counsel requesting compliance with the aforementioned discovery.


*No Oral Argument Requested*
*No Testimony Required*


**LUSTIG & BROWN, LLP**
1150 SUMMER STREET • STAMFORD, CONNECTICUT 06905 • TEL. (203) 977-7840 • JURIS NO. 416683

WHEREFORE, plaintiff requests that the defendants be ordered to comply with the outstanding discovery within fifteen (15) days of the Court's consideration of this motion.

THE PLAINTIFF,
NATIONAL SURETY CORPORATION

By: _____
       Darren P. Renner, Esq. (ct15901)
       Lustig & Brown, LLP
       1150 Summer Street
       Stamford, CT 06905
       Phone No. 203-977-7840
       Fax No. 203-977-8649

## CERTIFICATE OF SERVICE

Pursuant to D.Conn.L.Civ.R.5, this is to certify that a copy of the foregoing has this date been mailed, postage prepaid to the following:

Nancy D. Lyness, Esq.
White, Fleischner & Fino
140 Broadway
New York, NY 11005

Karen Gerber, Esq.
Nuzzo & Roberts, LLC
One Town Center
P.O. Box 747
Cheshire, CT 06410

Darren P. Renner, Esq.

**LUSTIG & BROWN, LLP**
1150 SUMMER STREET • STAMFORD, CONNECTICUT 06905 • TEL. (203) 977-7840 • JURIS NO. 416683

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NATIONAL SURETY CORPORATION | : | |
| | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:02CV976 (WWE) |
| | : | |
| vs. | : | |
| | : | |
| STEADFAST INSURANCE COMPANY, | : | |
| NATIONAL RAILROAD PASSENGER | : | |
| CORPORATION d/b/a AMTRAK, METRO | : | |
| NORTH COMMUTER RAILROAD | : | |
| COMPANY, DUCCI ELECTRICAL | : | |
| CONTRACTORS, INC. and NATIONAL | : | |
| UNION FIRE INSURANCE COMPANY OF | : | |
| PITTSBURGH, PA | : | |
| Defendants. | : | October 28, 2003 |

## INTERROGATORIES & REQUESTS FOR PRODUCTION

To:   National Union Fire Insurance Company of Pittsburgh, PA, Defendant

Pursuant to F.R.C.P. 33, plaintiff hereby requests that the following interrogatories be answered under oath by any of your officers competent to testify on your behalf who know the facts about which the inquiry is made and that the answers be served on plaintiff within 30 days from the time these interrogatories are served on you:

## A.   INTERROGATORIES

Interrogatory No. 1:

Please identify the person or persons responding to these interrogatories on behalf of the defendant.

Response:

**Interrogatory No. 2:**

Please identify any and all individuals and/or entities which were "designated contractors" as that term is used in the Railroad Protective Liability Policy issued by National Union Fire Insurance Company of Pittsburgh, PA (Policy No. RM GL 3199367) for the project known as the Construction of the New Haven Interlocking Reconfiguration at New Haven, Connecticut during the time period of January 1, 1999 to December 31, 1999.

**Response:**

B.      **REQUESTS FOR PRODUCTION**

Pursuant to F.R.C.P. 34, the above-named defendant is requested to produce the following documents within 30 days from the time these requests for production are served on you:

**Request to Produce No. 1**

Any and all documents which refer or identify the "designated contractors," as that term is used in the Railroad Protective Liability Policy issued by National Union Fire Insurance Company of Pittsburgh, PA (Policy No. RM GL 3199367) for the project known as the Construction of the New Haven Interlocking Reconfiguration at New Haven, Connecticut during the time period of January 1, 1999 to December 31, 1999.

**Response:**

-2-

<u>Request to Produce No. 2</u>

A clear and complete copy of the Railroad Protective Liability Policy issued by National Union Fire Insurance Company of Pittsburgh, PA under Policy No. RM GL 3199367, in effect from January 1, 1999 to December 31, 1999, including any and all declarations pages and endorsements.

**Response:**


THE PLAINTIFF,
NATIONAL SURETY CORPORATION


By: _____
Darren P. Renner, Esq. (ct15901)
Lustig & Brown, LLP
1150 Summer Street
Stamford, CT 06905
Phone No. 203-977-7840
Fax No. 203-977-8649

## C E R T I F I C A T I O N

I, _____ of National Union Fire Insurance Company of Pittsburgh, PA, duly authorized, hereby certify that I have reviewed the above Interrogatories and responses thereto and that they are true and accurate to the best of my knowledge and belief.

<br>

National Union Fire Insurance Company of Pittsburgh, PA

BY:_____

Its_____, duly authorized

Subscribed and sworn to before me this_____ day of_____, 2003.

<br>

Notary Public/
Commissioner of the Superior Court

-4-

## C E R T I F I C A T I O N

I, _____ of National Union Fire Insurance

Company of Pittsburgh, PA, duly authorized, hereby certify that I have reviewed the above

Interrogatories and responses thereto and that they are true and accurate to the best of my knowledge

and belief.

 

                                                  _____

National Union Fire Insurance Company of Pittsburgh,
PA
BY:_____
Its_____, duly authorized

Subscribed and sworn to before me this_____ day of_____, 2003.


_____
Notary Public/
Commissioner of the Superior Court

## CERTIFICATE OF SERVICE

Pursuant to D.Conn.L.Civ.R.7(e), this is to certify that a copy of the foregoing has this date been mailed, postage prepaid to the following:

Nancy D. Lyness, Esq.
White, Fleischner & Fino
140 Broadway
New York, NY 11005

Karen Gerber, Esq.
Nuzzo & Roberts, LLC
One Town Center
P.O. Box 747
Cheshire, CT 06410

David J. Crotta, Jr., Esq.
Mulvey, Oliver & Crotta
83 Trumbull Street
New Haven, CT 06511-3774

Darren P. Renner, Esq

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NATIONAL SURETY CORPORATION | : |
| | : CIVIL ACTION NO. |
| Plaintiff, | : 3:02CV976 (WWE) |
| | : |
| vs. | : |
| | : |
| STEADFAST INSURANCE COMPANY, | : |
| NATIONAL RAILROAD PASSENGER | : |
| CORPORATION d/b/a AMTRAK, METRO | : |
| NORTH COMMUTER RAILROAD | : |
| COMPANY, DUCCI ELECTRICAL | : |
| CONTRACTORS, INC. and NATIONAL | : |
| UNION FIRE INSURANCE COMPANY OF | : |
| PITTSBURGH, PA | : |
| Defendants. | : October 28, 2003 |

## INTERROGATORIES & REQUESTS FOR PRODUCTION

To:    National Railroad Passenger Corporation d/b/a AMTRAK, Defendant

Pursuant to F.R.C.P. 33, plaintiff hereby requests that the following interrogatories be answered under oath by any of your officers competent to testify on your behalf who know the facts about which the inquiry is made and that the answers be served on plaintiff within 30 days from the time these interrogatories are served on you:

A.    **INTERROGATORIES**

Interrogatory No. 1:

Please identify the person or persons responding to these interrogatories on behalf of the defendant.

**Response:**

Interrogatory No. 2:

Please identify any all individuals and/or entities which were "designated contractors" as that term is used in the Railroad Protective Liability Policy issued by Steadfast Insurance Company under Policy No. SCO 3649220-03 for the project known as the Construction of the New Haven Interlocking Reconfiguration at New Haven, Connecticut during the time period of January 1, 1999 to December 31, 1999.

Response:

Interrogatory No. 3:

Please identify any and all individuals and/or entities which were "designated contractors" as that term is used in the Railroad Protective Liability Policy issued by National Union Fire Insurance Company of Pittsburgh, PA (Policy No. RM GL 3199367) for the project known as the Construction of the New Haven Interlocking Reconfiguration at New Haven, Connecticut during the time period of January 1, 1999 to December 31, 1999.

Response:

-2-

## B.   REQUESTS FOR PRODUCTION

Pursuant to F.R.C.P. 34, the above-named defendant is requested to produce the following documents within 30 days from the time these requests for production are served on you:

### Request to Produce No. 1

Any and all documents which refer or identify the "designated contractors," as that term is used in the Railroad Protective Liability Policy issued by Steadfast Insurance Company under Policy No. SCO 3649220-03 for the project known as the Construction of the New Haven Interlocking Reconfiguration at New Haven, Connecticut during the time period of January 1, 1999 to December 31, 1999.

**Response:**

### Request to Produce No. 2

Any and all documents which refer or identify the "designated contractors," as that term is used in the Railroad Protective Liability Policy issued by National Union Fire Insurance Company of Pittsburgh, PA (Policy No. RM GL 3199367) for the project known as the Construction of the New Haven Interlocking Reconfiguration at New Haven, Connecticut during the time period of January 1, 1999 to December 31, 1999.

**Response:**

# C E R T I F I C A T I O N

I, _____ of National Railroad Passenger Corporation d/b/a AMTRAK, duly authorized, hereby certify that I have reviewed the above Interrogatories and responses thereto and that they are true and accurate to the best of my knowledge and belief.

> _____
> National Railroad Passenger Corporation
> d/b/a AMTRAK
> BY:_____
> Its_____, duly authorized

Subscribed and sworn to before me this_____ day of_____, 2003.

> _____
> Notary Public/
> Commissioner of the Superior Court

-4-

THE PLAINTIFF,
NATIONAL SURETY CORPORATION

By:

Darren P. Renner, Esq. (ct15901)
Lustig & Brown, LLP
1150 Summer Street
Stamford, CT 06905
Phone No. 203-977-7840
Fax No. 203-977-8649

## CERTIFICATE OF SERVICE

Pursuant to D.Conn.L.Civ.R.7(e), this is to certify that a copy of the foregoing has this date been mailed, postage prepaid to the following:

Nancy D. Lyness, Esq.
White, Fleischner & Fino
140 Broadway
New York, NY 11005

Karen Gerber, Esq.
Nuzzo & Roberts, LLC
One Town Center
P.O. Box 747
Cheshire, CT 06410

David J. Crotta, Jr., Esq.
Mulvey, Oliver & Crotta
83 Trumbull Street
New Haven, CT 06511-3774

Darren P. Renner, Esq

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NATIONAL SURETY CORPORATION | : |
| | : CIVIL ACTION NO. |
| Plaintiff, | : 3:02CV976 (WWE) |
| | : |
| vs. | : |
| | : |
| STEADFAST INSURANCE COMPANY, | : |
| NATIONAL RAILROAD PASSENGER | : |
| CORPORATION d/b/a AMTRAK, METRO | : |
| NORTH COMMUTER RAILROAD | : |
| COMPANY, DUCCI ELECTRICAL | : |
| CONTRACTORS, INC. and NATIONAL | : |
| UNION FIRE INSURANCE COMPANY OF | : |
| PITTSBURGH, PA | : |
| Defendants. | : October 28, 2003 |

## INTERROGATORIES & REQUESTS FOR PRODUCTION

To:    **Steadfast Insurance Company, Defendant**

Pursuant to F.R.C.P. 33, plaintiff hereby requests that the following interrogatories be answered under oath by any of your officers competent to testify on your behalf who know the facts about which the inquiry is made and that the answers be served on plaintiff within 30 days from the time these interrogatories are served on you:

A.    **INTERROGATORIES**

Interrogatory No. 1:

Please identify the person or persons responding to these interrogatories on behalf of the defendant.

**Response:**

**Interrogatory No. 2:**

Please identify any all individuals and/or entities which were "designated contractors" as that term is used in the Railroad Protective Liability Policy issued by Steadfast Insurance Company under Policy No. SCO 3649220-03 for the project known as the Construction of the New Haven Interlocking Reconfiguration at New Haven, Connecticut during the time period of January 1, 1999 to December 31, 1999.

**Response:**

**B.      REQUESTS FOR PRODUCTION**

Pursuant to F.R.C.P. 34, the above-named defendant is requested to produce the following documents  within 30 days from the time these requests for production are served on you:

**Request to Produce No. 1**

Any and all documents which refer or identify the "designated contractors," as that term is used in the Railroad Protective Liability Policy issued by Steadfast Insurance Company under Policy No. SCO 3649220-03 for the project known as the Construction of the New Haven Interlocking Reconfiguration at New Haven, Connecticut during the time period of January 1, 1999 to December 31, 1999.

**Response:**

# C E R T I F I C A T I O N

I, _____ of Steadfast Insurance Company , duly

authorized, hereby certify that I have reviewed the above Interrogatories and responses thereto and that

they are true and accurate to the best of my knowledge and belief.

_____

Steadfast Insurance Company
BY:_____
Its_____, duly authorized

Subscribed and sworn to before me this_____ day of_____, 2003.

_____

Notary Public/
Commissioner of the Superior Court

-3-

THE PLAINTIFF,
NATIONAL SURETY CORPORATION

By:

Darren P. Renner, Esq. (ct15901)
Lustig & Brown, LLP
1150 Summer Street
Stamford, CT 06905
Phone No. 203-977-7840
Fax No. 203-977-8649

## CERTIFICATE OF SERVICE

   Pursuant to D.Conn.L.Civ.R.7(e), this is to certify that a copy of the foregoing has this date been mailed, postage prepaid to the following:

Nancy D. Lyness, Esq.
White, Fleischner & Fino
140 Broadway
New York, NY 11005

Karen Gerber, Esq.
Nuzzo & Roberts, LLC
One Town Center
P.O. Box 747
Cheshire, CT 06410

David J. Crotta, Jr., Esq.
Mulvey, Oliver & Crotta
83 Trumbull Street
New Haven, CT 06511-3774

Darren P. Renner, Esq

-4-

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NATIONAL SURETY CORPORATION | : | |
| | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:02CV976 (WWE) |
| | : | |
| vs. | : | |
| | : | |
| STEADFAST INSURANCE COMPANY, | : | |
| NATIONAL RAILROAD PASSENGER | : | |
| CORPORATION d/b/a AMTRAK, METRO | : | |
| NORTH COMMUTER RAILROAD | : | |
| COMPANY, DUCCI ELECTRICAL | : | |
| CONTRACTORS, INC. and NATIONAL | : | |
| UNION FIRE INSURANCE COMPANY OF | : | |
| PITTSBURGH, PA | : | |
| Defendants. | : | October 28, 2003 |

## INTERROGATORIES & REQUESTS FOR PRODUCTION

To:   Metro North Commuter Railroad Company, Defendant

Pursuant to F.R.C.P. 33, plaintiff hereby requests that the following interrogatories be answered under oath by any of your officers competent to testify on your behalf who know the facts about which the inquiry is made and that the answers be served on plaintiff within 30 days from the time these interrogatories are served on you:

## A.   INTERROGATORIES

Interrogatory No. 1:

Please identify the person or persons responding to these interrogatories on behalf of the defendant.

Response:

**Interrogatory No. 2:**

      Please identify any all individuals and/or entities which were "designated contractors" as that term is used in the Railroad Protective Liability Policy issued by Steadfast Insurance Company under Policy No. SCO 3649220-03 for the project known as the Construction of the New Haven Interlocking Reconfiguration at New Haven, Connecticut during the time period of January 1, 1999 to December 31, 1999.

**Response:**

**Interrogatory No. 3:**

      Please identify any and all individuals and/or entities which were "designated contractors" as that term is used in the Railroad Protective Liability Policy issued by National Union Fire Insurance Company of Pittsburgh, PA (Policy No. RM GL 3199367) for the project known as the Construction of the New Haven Interlocking Reconfiguration at New Haven, Connecticut during the time period of January 1, 1999 to December 31, 1999.

**Response:**

B.      **REQUESTS FOR PRODUCTION**

Pursuant to F.R.C.P. 34, the above-named defendant is requested to produce the following documents within 30 days from the time these requests for production are served on you:

**Request to Produce No. 1**

Any and all documents which refer or identify the "designated contractors," as that term is used in the Railroad Protective Liability Policy issued by Steadfast Insurance Company under Policy No. SCO 3649220-03 for the project known as the Construction of the New Haven Interlocking Reconfiguration at New Haven, Connecticut during the time period of January 1, 1999 to December 31, 1999.

**Response:**

**Request to Produce No. 2**

Any and all documents which refer or identify the "designated contractors," as that term is used in the Railroad Protective Liability Policy issued by National Union Fire Insurance Company of Pittsburgh, PA (Policy No. RM GL 3199367) for the project known as the Construction of the New Haven Interlocking Reconfiguration at New Haven, Connecticut during the time period of January 1, 1999 to December 31, 1999.

**Response:**

## CERTIFICATION

I, _____ of Metro North Commuter Railroad

Company, duly authorized, hereby certify that I have reviewed the above Interrogatories and responses

thereto and that they are true and accurate to the best of my knowledge and belief.

_____
Metro North Commuter Railroad Company
BY:_____
Its_____, duly authorized

Subscribed and sworn to before me this_____ day of_____, 2003.

_____
Notary Public/
Commissioner of the Superior Court

THE PLAINTIFF,
NATIONAL SURETY CORPORATION

By: _____

Darren P. Renner, Esq. (ct15901)
Lustig & Brown, LLP
1150 Summer Street
Stamford, CT 06905
Phone No. 203-977-7840
Fax No. 203-977-8649

## CERTIFICATE OF SERVICE

Pursuant to D.Conn.L.Civ.R.7(e), this is to certify that a copy of the foregoing has this date been mailed, postage prepaid to the following:

Nancy D. Lyness, Esq.
White, Fleischner & Fino
140 Broadway
New York, NY 11005

Karen Gerber, Esq.
Nuzzo & Roberts, LLC
One Town Center
P.O. Box 747
Cheshire, CT 06410

David J. Crotta, Jr., Esq.
Mulvey, Oliver & Crotta
83 Trumbull Street
New Haven, CT 06511-3774

_____
Darren P. Renner, Esq

# LUSTIG & BROWN, LLP
### ATTORNEYS AT LAW
1150 Summer Street
Stamford, CT 06905

Telephone: (203) 977-7840
Telefax: (203) 977-8649 (Not for Service)
http://www.lustigbrown.com
e-mail: drenner@lustigbrown.com

January 15, 2004

Amber J. Brancifort, Esq.                  Nancy D. Lyness, Esq.
Nuzzo & Roberts, LLC                       White, Fleischner & Fino
One Town Center                            140 Broadway
P.O. Box 747                               New York, NY 10005
Cheshire, CT  06410

    Re:   <u>National Surety Corporation vs. Steadfast Insurance Company, et al</u>
           **Civil Action No. 3:02CV976 (WWE)**
           **Our File No.: 6911**

Dear Counselors:

    To date, I have received no responses to the plaintiff's interrogatories and requests for production dated October 29, 2003.  Please advise as to when I can expect to receive compliance.

    Thank you for your attention to the above.

           Very truly yours,

           Darren P. Renner

DPR:sal