# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| **NATIONAL SURETY CORPORATION** | : |
| | : CIVIL ACTION NO. |
| **Plaintiff,** | :  3:02CV976 (WWE) |
| | : |
| vs. | : |
| | : |
| **STEADFAST INSURANCE COMPANY, NATIONAL RAILROAD PASSENGER CORPORATION d/b/a AMTRAK, METRO NORTH COMMUTER RAILROAD COMPANY, DUCCI ELECTRICAL CONTRACTORS, INC. and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA** | : : : : : : : : |
| **Defendants.** | : March 31, 2004 |

## MOTION TO MODIFY SCHEDULING ORDER

Pursuant to D. Conn. L. Civ.R. 7, the plaintiff in the above-referenced matter, National Surety Corporation, hereby moves, with consent of all counsel, for a further modification of the scheduling orders set forth in the Parties' Planning Meeting Report. In support hereof, the undersigned counsel represents the following:

1.      This declaratory judgment action seeks a judicial determination of the allocation of insurance coverage for the defendants National Railroad Passenger Corporation d/b/a Amtrak ("Amtrak") and Metro North Commuter Railroad Company ("Metro North") relating to two pending personal injury cases, as well as the respective defense obligations owed by the plaintiff and the defendants Steadfast Insurance Company ("Steadfast") and National Union Fire Insurance Company of Pittsburgh, PA ("National Union")  to Amtrak and Metro North in those cases.  The dispute generally concerns Railroad Protective Liability Policies issued by Steadfast and National Union and

*No Oral Argument Requested*

additional insured coverage for the defendants Amtrak and Metro North under a Commercial General Liability Policy issued by the plaintiff.

2. On or about October 28, 2003, the plaintiff served interrogatories and requests for production of the defendants. On January 15, 2004, the undersigned counsel wrote to counsel for the defendants requesting compliance with this discovery. Having received no word from the defendants of their efforts to comply with this discovery, on March 1, 2004 the plaintiff filed and served a Motion to Compel responses to this discovery pursuant to Federal Rule of Civil Procedure 37(a)(2)(B). That motion is currently pending before this Court.

3. The undersigned counsel has been in contact with counsel for the defendants Steadfast, Amtrak and Metro North, as well as counsel for the newly added defendant National Union. Both counsel indicate that compliance with the aforementioned discovery is forthcoming.

4. In view of the foregoing delays in compliance with written discovery, the parties would request a modification in the scheduling orders as follows:

| | |
|---|---|
| Discovery cut-off............................................................................ | 7/1/2004 |
| Due date for filing dispositive motions...................................... | 10/15/2004 |

5. Counsel for the defendants have been contacted about this motion to modify and consent to the granting of same. Further, the undersigned counsel represents that this is the third motion requesting a modification of the scheduled orders.

WHEREFORE, the plaintiffs prays this motion be granted.

          THE PLAINTIFF,
          NATIONAL SURETY CORPORATION

By: _____
     Darren P. Renner, Esq. (ct15901)
     Lustig & Brown, LLP
     1150 Summer Street
     Stamford, CT 06905
     Phone No. 203-977-7840
     Fax No. 203-977-8649

## CERTIFICATE OF SERVICE

Pursuant to D.Conn.L.Civ.R.5, this is to certify that a copy of the foregoing has this date been mailed, postage prepaid to the following:

Nancy D. Lyness, Esq.
White, Fleischner & Fino
140 Broadway
New York, NY 11005

Karen Gerber, Esq.
Nuzzo & Roberts, LLC
One Town Center
P.O. Box 747
Cheshire, CT 06410

_____
Darren P. Renner, Esq