FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2004 MAR -3  P 12: 25

U.S. DISTRICT COURT
BRIDGEPORT CT

| | |
|---|---|
| NATIONAL SURETY CORPORATION | : CIVIL ACTION NO. |
| Plaintiff, | : 3:02CV976 (WWE) |
| vs. | : |
| STEADFAST INSURANCE COMPANY, NATIONAL RAILROAD PASSENGER CORPORATION d/b/a AMTRAK, METRO NORTH COMMUTER RAILROAD COMPANY, DUCCI ELECTRICAL CONTRACTORS, INC. and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA | : |
| Defendants. | : March 1, 2004 |

## MOTION TO COMPEL

Pursuant to Federal Rule of Civil Procedure 37(a)(2)(B), the plaintiff, National Surety Corporation, through counsel, hereby moves for an order of compliance, directing that the defendants respond to plaintiff's interrogatories and requests for production dated October 28, 2003 (copies of which are attached hereto as **Exhibit A**). To date, none of the defendants have responded nor objected to the requested discovery.

The undersigned counsel certifies that the movant has in good faith conferred or attempted to confer with counsel for the defendants in an effort to secure the information and/or materials without the need of Court intervention. Attached to this motion as **Exhibit B** is a letter dated January 26, 2004, to defense counsel requesting compliance with the aforementioned discovery.

*No Oral Argument Requested*
*No Testimony Required*

FILED 2004 APR -1 A 11: 26 U.S. DISTRICT COURT BRIDGEPORT, CONN

Absent objection, the motion to compel is GRANTED.
/s/ WARREN W. EGINTON, SENIOR USDJ 4/7/04

LUSTIG & BROWN, LLP
1150 SUMMER STREET • STAMFORD, CONNECTICUT 06905 • TEL. (203) 977-7840 • JURIS NO. 416683