FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2004 MAY -3  P 2: 20

U.S. DISTRICT COURT
BRIDGEPORT CONN

| | | |
|---|---|---|
| NATIONAL SURETY CORPORATION | : | |
| | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:02CV976 (WWE) |
| | : | |
| vs. | : | |
| | : | |
| STEADFAST INSURANCE COMPANY, | : | |
| NATIONAL RAILROAD PASSENGER | : | |
| CORPORATION d/b/a AMTRAK, METRO | : | |
| NORTH COMMUTER RAILROAD | : | |
| COMPANY, DUCCI ELECTRICAL | : | |
| CONTRACTORS, INC. and NATIONAL | : | |
| UNION FIRE INSURANCE COMPANY OF | : | |
| PITTSBURGH, PA | : | |
| Defendants. | : | April 29, 2004 |

**APPEARANCE**

To the Clerk of this Court and all counsel of record:

Please enter my appearance as counsel in this case for Plaintiff, National Surety Corporation.

Dated: April 29, 2004

Lori A. Eaton, Esq. (ct 22414)
Lustig & Brown, LLP
1150 Summer Street
Stamford, CT 06905
Telephone: (203) 977-7840
Fax No.: (203) 977-8649

## CERTIFICATE OF SERVICE

Pursuant to D.Conn.L.Civ.R.7(e), this is to certify that a copy of the foregoing was mailed on the above date to the following:

Nancy D. Lyness, Esq.
White, Fleischner & Fino
140 Broadway
New York, NY 11005

Karen Gerber, Esq.
Nuzzo & Roberts, LLC
One Town Center
P.O. Box 747
Cheshire, CT 06410

David J. Crotta, Jr., Esq.
Mulvey, Oliver & Crotta
83 Trumbull Street
New Haven, CT 06511-3774

Lori A. Eaton, Esq.