*25*

FILED

UNITED STATES DISTRICT COURT ~1 P 12: 06
DISTRICT OF CONNECTICUT

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | | |
|---|---|---|
| NATIONAL SURETY CORPORATION | : | |
| | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:02CV976 (WWE) |
| | : | |
| vs. | : | |
| | : | |
| STEADFAST INSURANCE COMPANY, | : | |
| NATIONAL RAILROAD PASSENGER | : | |
| CORPORATION d/b/a AMTRAK, METRO | : | |
| NORTH COMMUTER RAILROAD | : | |
| COMPANY, DUCCI ELECTRICAL | : | |
| CONTRACTORS, INC. and NATIONAL | : | |
| UNION FIRE INSURANCE COMPANY OF | : | |
| PITTSBURGH, PA | : | |
| Defendants. | : | March 31, 2004 |

## MOTION TO MODIFY SCHEDULING ORDER

Pursuant to D. Conn. L. Civ.R. 7, the plaintiff in the above-referenced matter, National Surety

Corporation, hereby moves, with consent of all counsel, for a further modification of the scheduling

orders set forth in the Parties' Planning Meeting Report. In support hereof, the undersigned counsel

represents the following:

1.          This declaratory judgment action seeks a judicial determination of the allocation of

insurance coverage for the defendants National Railroad Passenger Corporation d/b/a Amtrak

("Amtrak") and Metro North Commuter Railroad Company ("Metro North") relating to two pending

personal injury cases, as well as the respective defense obligations owed by the plaintiff and the

defendants Steadfast Insurance Company ("Steadfast") and National Union Fire Insurance Company

of Pittsburgh, PA ("National Union") to Amtrak and Metro North in those cases. The dispute

generally concerns Railroad Protective Liability Policies issued by Steadfast and National Union and

*No Oral Argument Requested*

Motion Granted.
Discovery cutoff date  7-1-2004
Dispositive Motions due by  10-15-2004
SO ORDERED
5/12/200[  Warren W. Eginton, Sr. U.S.D.J.

FILED
2004 MAY 12 A 11: 06
U.S. DISTRICT COURT
BRIDGEPORT, CONN