**FILED**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| NATIONAL SURETY CORPORATION, | : |
| | : CIVIL ACTION NO. |
| Plaintiff, | : 3:02CV976 (WWE) |
| vs. | : |
| STEADFAST INSURANCE COMPANY, NATIONAL RAILROAD PASSENGER CORPORATION d/b/a AMTRAK, METRO NORTH COMMUTER RAILROAD COMPANY, DUCCI ELECTRICAL CONTRACTORS, INC. and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA | : |
| Defendants. | : May 14, 2004 |

## MOTION FOR EXTENSION OF TIME re: DISCOVERY

Pursuant to D. Conn. L. Civ.R. 7(b), the plaintiff in the above-referenced matter, National Surety Corporation, hereby moves for an extension of time of up to and including July 31, 2004 to respond to the Interrogatories and Requests for Production dated April 19, 2004 propounded by the defendant National Union Fire Insurance Company of Pittsburgh ("National Union"). The additional time is necessary so that counsel can confer with his client, whose offices are located in Georgia, and provide the appropriate responses and/or objections.

In accordance with D.Conn.L.Civ.R. 7(b)(3), the undersigned counsel further represents that National Union's counsel has consented to this requested extension of time.

This is plaintiff's first request for an extension of time to respond and/or object to this discovery.

*NO ORAL ARGUMENT REQUESTED*

WHEREFORE, the plaintiffs prays this motion be granted

THE PLAINTIFF,
NATIONAL SURETY CORPORATION

By: _____
Darren P. Renner, Esq. (ct15901)
Lustig & Brown, LLP
1150 Summer Street
Stamford, CT 06905
Phone No. 203-977-7840
Fax No. 203-977-8649

## CERTIFICATE OF SERVICE

Pursuant to D.Conn.L.Civ.R.5, this is to certify that a copy of the foregoing has this date been mailed, postage prepaid to the following:

Nancy D. Lyness, Esq.
White, Fleischner & Fino
140 Broadway
New York, NY 11005

Karen Gerber, Esq.
Nuzzo & Roberts, LLC
One Town Center
P.O. Box 747
Cheshire, CT 06410

_____
Darren P. Renner, Esq