# FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

NATIONAL SURETY CORPORATION :
: CIVIL ACTION NO.
Plaintiff, : 3:02CV976 (WWE)
:
vs. :
:
STEADFAST INSURANCE COMPANY, :
NATIONAL RAILROAD PASSENGER :
CORPORATION d/b/a AMTRAK, METRO :
NORTH COMMUTER RAILROAD :
COMPANY, DUCCI ELECTRICAL :
CONTRACTORS, INC. and NATIONAL :
UNION FIRE INSURANCE COMPANY OF :
PITTSBURGH, PA :
Defendants. : May 14, 2004

## MOTION FOR EXTENSION OF TIME re: DISCOVERY

Pursuant to D. Conn. L. Civ.R. 7(b), the plaintiff in the above-referenced matter, National Surety Corporation, hereby moves for an extension of time of up to and including July 31, 2004 to respond to the Interrogatories and Requests for Production dated April 19, 2004 propounded by the defendant National Union Fire Insurance Company of Pittsburgh ("National Union"). The additional time is necessary so that counsel can confer with his client, whose offices are located in Georgia, and provide the appropriate responses and/or objections.

In accordance with D.Conn.L.Civ.R. 7(b)(3), the undersigned counsel further represents that National Union's counsel has consented to this requested extension of time.

This is plaintiff's first request for an extension of time to respond and/or object to this discovery.

**NO ORAL ARGUMENT REQUESTED**

*Motion GRANTED.*
*WARREN W. EGINTON*
*Senior United States District Judge*
*5-18-04*