Case 3:02-cv-00976-WWE     Document 31     Filed 09/27/2004     Page 1 of 1

# United States District Court
## District of Connecticut

NATIONAL SURETY
*Plaintiff*

v.

Case No. 3:02cv976 (WWE)

STEADFAST INSURANCE CO, INC. Et al
*Defendant*



## ORDER OF REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Joan G. Margolis for the following purposes:

\_\_\_\_ All purposes except trial, unless the parties consent to trial before the magistrate judge

\_\_\_\_ A ruling on all pretrial motions except dispositive motions

\_\_\_\_ To supervise discovery and resolve discovery disputes

\_\_\_\_ A ruling on the following motions which are currently pending:
Doc#

**✖** A settlement conference

\_\_\_\_ A conference to discuss the following:

\_\_\_\_ Other:


SO ORDERED this __27th__ day of __September__, __2004__ at Bridgeport, Connecticut.

_____
Hon. Warren W. Eginton
SENIOR UNITED STATES DISTRICT COURT JUDGE