UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

NATIONAL SURETY CORPORATION,   :
     Petitioner,   :
                                                             :
v.   :   3:02CV976(WWE)
                                                              :
NATIONAL SURETY et al.,   :
     Respondent.   :

ORDER

In light of this case's recent de-consolidation from <u>Gargano v. National Railroad Passenger Corp.</u>, 00cv1477 (WWE), the Court orders the parties to file an amended complaint, counter claim/cross claim, and answer by October 4th, 2004.

So Ordered this 27th day of September, 2004, at Bridgeport, Connecticut.

                                     _____/s/_____
                                   Warren W. Eginton
                                   Senior United States District Judge