UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NATIONAL SURETY CORPORATION | : |
| | : CIVIL ACTION NO. |
| Plaintiff, | : 3:02CV976 (WWE) |
| | : |
| vs. | : |
| | : |
| STEADFAST INSURANCE COMPANY, NATIONAL RAILROAD PASSENGER CORPORATION d/b/a AMTRAK, METRO NORTH COMMUTER RAILROAD COMPANY, DUCCI ELECTRICAL CONTRACTORS, INC. and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA | : |
| Defendants. | : September 28, 2004 |

## MOTION TO MODIFY SCHEDULING ORDER

Pursuant to D. Conn. L. Civ.R. 7, the plaintiff in the above-referenced matter, National Surety Corporation, hereby moves, with consent of all counsel, for a further modification of the scheduling orders set forth in the Parties' Planning Meeting Report. In support hereof, the undersigned counsel represents the following:

    1.    This declaratory judgment action seeks a judicial determination of the allocation of insurance coverage for the defendants National Railroad Passenger Corporation d/b/a Amtrak ("Amtrak") and Metro North Commuter Railroad Company ("Metro North") relating to two pending personal injury cases, as well as the respective defense obligations owed by the plaintiff and the defendants Steadfast Insurance Company ("Steadfast") and National Union Fire Insurance Company of Pittsburgh, PA ("National Union") to Amtrak and Metro North in those cases. The dispute generally concerns Railroad Protective Liability Policies issued by Steadfast and National Union and

*No Oral Argument Requested*

additional insured coverage for the defendants Amtrak and Metro North under a Commercial General Liability Policy issued by the plaintiff.

2.      On or about October 28, 2003, the plaintiff served interrogatories and requests for production of the defendants. On January 15, 2004, the undersigned counsel wrote to counsel for the defendants requesting compliance with this discovery. Having received no word from the defendants on their efforts to comply with this discovery, on March 1, 2004 the plaintiff filed and served a Motion to Compel pursuant to Federal Rule of Civil Procedure 37(a)(2)(B).

3.      The Court granted the plaintiff's motion on April 7, 2004. Both before that motion was filed and after it was granted by the Court, the undersigned counsel had contacted defense counsel seeking compliance with the outstanding discovery.

4.      It is the undersigned's position that the defendants Steadfast, Amtrak and Metro North sent incomplete and/or inadequate responses to this discovery, and that the defendant National Union has not complied at all with this discovery. Accordingly, the undersigned counsel intends to file another motion to compel under Federal Rule of Civil Procedure 37 to address this issue. The discovery propounded has a significant impact on the plaintiff's proposed motion for summary judgment.

5.      Additionally, the parties have been engaged in settlement discussions to resolve the declaratory judgment action.

6.      Finally, the undersigned counsel is currently involved in a state court, complex litigation matter which requires the completion of discovery by November 15, 2004. This discovery includes a number of out-of-state depositions which will require the undersigned counsel to travel to at least three states within the next six to seven weeks.

7.      In view of the foregoing delays in compliance with written discovery, the ongoing

settlement discussions, and the undersigned's upcoming travel commitments, the parties would request a modification in the scheduling orders as follows:

Due date for filing dispositive motions.................................... 12/1/2004

8. Counsel for the defendants have been contacted about this motion to modify and consent to the granting of same. Further, the undersigned counsel represents that this is the fourth motion requesting a modification of the scheduled orders.

WHEREFORE, the plaintiffs prays this motion be granted.

THE PLAINTIFF,
NATIONAL SURETY CORPORATION

By: _____
Darren P. Renner, Esq. (ct15901)
Lustig & Brown, LLP
1150 Summer Street
Stamford, CT 06905
Phone No. 203-977-7840
Fax No. 203-977-8649

### CERTIFICATE OF SERVICE

Pursuant to D.Conn.L.Civ.R.5, this is to certify that a copy of the foregoing has this date been mailed, postage prepaid to the following:

White, Fleischner & Fino
140 Broadway
New York, NY 11005

Nuzzo & Roberts, LLC
One Town Center
P.O. Box 747
Cheshire, CT 06410

_____
Darren P. Renner, Esq