UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NATIONAL SURETY CORPORATION | : 2004 OCT 28 P 12: 49 |
| | : CIVIL ACTION NO. |
| Plaintiff, | : 3:02CV976 (WWE) |
| vs. | : |
| STEADFAST INSURANCE COMPANY, NATIONAL RAILROAD PASSENGER CORPORATION d/b/a AMTRAK, METRO NORTH COMMUTER RAILROAD COMPANY, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH and DUCCI ELECTRICAL CONTRACTORS, INC. | : |
| Defendants. | : OCTOBER 27, 2004 |

## APPEARANCE

Please enter the appearance of Anthony Nuzzo, Jr., Nuzzo & Roberts, L.L.C., One Town Center, Cheshire, Connecticut 06410 as counsel for the defendant, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH.

THE DEFENDANT
NATIONAL UNION FIRE INS. CO.
OF PITTSBURGH

By _____
Anthony Nuzzo, Jr.
Federal Bar No: ct 05397
NUZZO & ROBERTS, L.L.C.
One Town Center
P.O. Box 747
Cheshire, Connecticut 06410
(203) 250-2000
fax (203) 250-3131
anuzzo@nuzzo-roberts.com

Pursuant to D.Conn.L.Civ.R. 5(b), this is to certify that on October 27, 2004, a true copy of the foregoing Appearance was mailed via first class postage prepaid mail to:

Darren P. Renner, Esquire
Lori A. Eaton, Esquire
Lustig & Brown
1177 Summer Street
Stamford, CT 06905

Alisa Dultz, Esquire
Nancy D. Lyness, Esquire
Michael Reynolds, Esquire
White, Fleischner & Fino
140 Broadway
New York, NY 11005

_____
Anthony Nuzzo, Jr.

\\fp\nuzzo\WP\401002\108\Appearance-ANJ 10 27 04.doc