UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NATIONAL SURETY CORPORATION | : |
| | : CIVIL ACTION NO. |
| Plaintiff, | : 3:02CV976 (WWE) |
| | : |
| vs. | : |
| | : |
| STEADFAST INSURANCE COMPANY, | : |
| NATIONAL RAILROAD PASSENGER | : |
| CORPORATION d/b/a AMTRAK, METRO | : |
| NORTH COMMUTER RAILROAD COMPANY, | : |
| NATIONAL UNION FIRE INSURANCE | : |
| COMPANY OF PITTSBURGH and DUCCI | : |
| ELECTRICAL CONTRACTORS, INC. | : |
| | : |
| Defendants. | : OCTOBER 27, 2004 |

## ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH

The defendant, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, hereby answers the Amended Complaint for Declaratory Relief dated October 22, 2004 as follows:

### PARTIES

1.  As to paragraph 1, the defendant has insufficient information to admit or deny and leaves the plaintiff to its proof.

2.  As to paragraph 2, the defendant has insufficient information to admit or deny and leaves the plaintiff to its proof.

3. As to paragraph 3, the defendant has insufficient information to admit or deny and leaves the plaintiff to its proof.

4. As to paragraph 4, the defendant has insufficient information to admit or deny and leaves the plaintiff to its proof.

5. As to paragraph 5, the defendant has insufficient information to admit or deny and leaves the plaintiff to its proof.

6. Paragraph 6 is admitted.

## JURISDICTION

7. As to paragraph 7, the defendant has insufficient information to admit or deny and leaves the plaintiff to its proof.

## FIRST COUNT (DECLARATORY RELIEF)

8. As to paragraph 8, the defendant has insufficient information to admit or deny and leaves the plaintiff to its proof.

9. As to paragraph 9, the defendant has insufficient information to admit or deny and leaves the plaintiff to its proof.

10. As to paragraph 10, the defendant has insufficient information to admit or deny and leaves the plaintiff to its proof.

11. Paragraph 11 is admitted.

12. As to paragraph 12, the defendant has insufficient information to admit or deny and leaves the plaintiff to its proof.

13. Paragraph 13 is admitted.

14. As to paragraph 14, the defendant has insufficient information to admit or deny and leaves the plaintiff to its proof.

15. As to paragraph 15, the defendant has insufficient information to admit or deny and leaves the plaintiff to its proof.

16. As to Paragraph 16, it is admitted that Metro North is the named insured on Policy No. RM GL 3199367, and coverage is afforded to Metro North pursuant to the terms of that policy.

17. As to Paragraph 17, it is admitted that Metro North is the named insured on Policy No. RM GL 3199367, and coverage is afforded to Metro North pursuant to the terms of that policy.

18. As to paragraph 18, the defendant has insufficient information to admit or deny and leaves the plaintiff to its proof.

19. As to paragraph 19, the defendant has insufficient information to admit or deny and leaves the plaintiff to its proof.

20. As to paragraph 20, the defendant has insufficient information to admit or deny and leaves the plaintiff to its proof.

21. As to paragraph 21, the defendant has insufficient information to admit or deny and leaves the plaintiff to its proof.

22. As to paragraph 22, the defendant has insufficient information to admit or deny and leaves the plaintiff to its proof.

23. As to paragraph 23, the defendant has insufficient information to admit or deny and leaves the plaintiff to its proof.

24. As to paragraph 24, the defendant has insufficient information to admit or deny and leaves the plaintiff to its proof.

25. As to paragraph 25, the defendant has insufficient information to admit or deny and leaves the plaintiff to its proof.

26. As to paragraph 26, the defendant has insufficient information to admit or deny and leaves the plaintiff to its proof.

27. As to paragraph 27, the defendant has insufficient information to admit or deny and leaves the plaintiff to its proof.

28. Paragraph 28 is admitted.

## AFFIRMATIVE DEFENSES

FIRST AFFIRMATIVE DEFENSE

The losses and damages claimed by Gargano and Chapman against Metro-North and/or AMTRAK are excluded from coverage under the National Union Commercial General Liability Policy No. RM GL 3199367 by the exclusion for "'Bodily injury' or 'property damage' occurring after the 'work' is completed."

SECOND AFFIRMATIVE DEFENSE

The losses and damages claimed by Gargano and Chapman against Metro-North and/or AMTRAK are excluded from coverage under the National Union Commercial General Liability Policy No. RM GL 3199367 by the exclusion for "'Bodily injury' or 'property damage,' the sole proximate cause of which is an act or omission of any of 'your designated employees.'"

THIRD AFFIRMATIVE DEFENSE

The losses and damages claimed by Gargano and Chapman against Metro-North and/or AMTRAK are not covered under the National Union Commercial General Liability Policy No. RM GL 3199367 due to the failure to comply with the following policy condition:

**Duties In The Event Of Occurrence, Claim or Suit.**

    **a.**    You must see to it that we are notified as soon as practicable of an occurrence which may

        result in a claim. To the extent possible notice should include:
(1) How, when and where the occurrence took place;
(2) The names and addresses of any injured persons and witnesses; and
(3) The nature and location of any injury or damage arising out of the occurrence.

    **b.**    If a claim is made or "suit" is brought against any insured, you must:
(1) Immediately record the specifics of the claim or "suit" and the date received; and
(2) Notify us as soon as practicable.
You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

    **c.**    You and any other insured must:
(1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or suit.

(3) Cooperate with us in the investigation, settlement or defense of the claim or "suit" and;
(4) Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

## FOURTH AFFIRMATIVE DEFENSE

The claims against Metro-North and AMTRAK are not covered by the express terms and conditions of the National Union policy in that they are not claims for bodily

- 6 -

injury or property damage arising out of acts or omissions at the job location which are related to or are in connection with the work described in the declarations.

THE DEFENDANT
NATIONAL UNION FIRE INS. CO.
OF PITTSBURGH

By _____
Anthony Nuzzo, Jr.
Federal Bar No: ct 05397
NUZZO & ROBERTS, L.L.C.
One Town Center
P.O. Box 747
Cheshire, Connecticut 06410
(203) 250-2000
fax (203) 250-3131
anuzzo@nuzzo-roberts.com

      Pursuant to D.Conn.L.Civ.R. 5(b), this is to certify that on October 27, 2003, a true copy of the foregoing Answer and Affirmative Defenses was mailed via first class postage prepaid mail to:

Darren P. Renner, Esquire
Lori A. Eaton, Esquire
Lustig & Brown
1177 Summer Street
Stamford, CT 06905

Alisa Dultz, Esquire
Nancy D. Lyness, Esquire
Michael Reynolds, Esquire
White, Fleischner & Fino
140 Broadway
New York, NY 11005

_____
Anthony Nuzzo, Jr.

\\fp\nuzzo\WP\401002\108\Answer NSC 10 27 04.doc