UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NATIONAL SURETY CORPORATION : | |
| : | CIVIL ACTION NO. |
| Plaintiff,   : | 3:02CV976 (WWE) |
| : | |
| vs.   : | |
| : | |
| STEADFAST INSURANCE COMPANY,   : | |
| NATIONAL RAILROAD PASSENGER   : | |
| CORPORATION d/b/a AMTRAK, METRO   : | |
| NORTH COMMUTER RAILROAD COMPANY,   : | |
| NATIONAL UNION FIRE INSURANCE   : | |
| COMPANY OF PITTSBURGH and DUCCI   : | |
| ELECTRICAL CONTRACTORS, INC.   : | |
| Defendants.   : | OCTOBER 13, 2004 |

**NATIONAL UNION FIRE INS. CO. OF PITTSBURGH'S
MOTION FOR EXTENSION OF TIME TO RESPOND TO DISCOVERY
REQUESTS AND MOTION FOR ORDER OF NATIONAL SURETY
CORPORATION**

The defendant, National Union Fire Insurance Company of Pittsburgh (National Union), pursuant to Local Rule 7 (b), hereby moves for an extension of time until October 27, 2004, in which to respond to the discovery requests and motion for order, dated September 30, 2004, of the plaintiff, National Surety Corporation (NSC).

The motion for order filed by NSC, concerning, in part, whether Ducci Electrical Contractors Inc. was a designated contractor pursuant to the National Union insurance policy, will be addressed once National Union responds to the discovery requests of NSC. The time limitations, however, cannot be met despite the diligence of National Union's counsel.

In support of this motion, National Union submits that counsel for NSC, Darren Renner, was contacted and consents to the extension of time. Moreover, NSC's counsel has filed a motion to modify the scheduling order dated September 28, 2004 to extend the date for filing dispositive motions until December 1, 2004, given the failure of all parties to this litigation to provide complete discovery compliance.

This is National Union's first motion for extension of time directed to NSC's discovery requests and motion for order.

Wherefore, National Union seeks an extension of time until October 27, 2004, in which to respond to the discovery requests and motion for order, dated September 30, 2004, of the plaintiff, NSC.

        THE DEFENDANT
        NATIONAL UNION FIRE INS. COMPANY
        OF PITTSBURGH

        By _____
          Anthony Nuzzo, Jr.
          Federal Bar No: ct 05397
          NUZZO & ROBERTS, L.L.C.
          One Town Center
          P.O. Box 747
          Cheshire, Connecticut 06410
          (203) 250-2000
          fax (203) 250-3131
          anuzzo@nuzzo-roberts.com

<u>CERTIFICATION</u>

      This is to certify that on October 13, 2004, a true copy of the foregoing Motion for Extension of Time was mailed via certified mail return receipt requested to:

Darren P. Renner, Esquire  
Lori A. Eaton, Esquire  
Lustig & Brown  
1177 Summer Street  
Stamford, CT  06905  

and a true copy of same was mailed via regular mail to:

Alisa Dultz, Esquire  
Nancy D. Lyness, Esquire  
White, Fleischner & Fino  
140 Broadway  
New York, NY 11005  

David J. Crotta, Jr., Esquire  
Robert G. Oliver, Esquire  
Kenneth J. Mulvey, Jr., Esquire  
Francis J. Drumm, III, Esquire  
Mulvey, Oliver & Gould  
83 Trumbull Street  
New Haven, CT  06511  

Steven J. Errante, Esquire  
Eric P. Smith, Esquire  
Louis M. Rubano, Esquire  
Lynch, Traub, Keefe & Errante  
52 Trumbull Street  
P.O. Box 1612  
New Haven, CT 06506  

- 3 -

Brian J. Farrell, Jr., Esquire
Law Offices of Brian J. Farrell, Jr.
200 Glastonbury Boulevard
Glastonbury, CT 06033

Jack V. Genovese, II, Esquire
David D. Chapman, Esquire
Gregory J. Curtin, Esquire
Lori L. Durocher, Esquire
Genovese, Vehslage & LaRose
500 Enterprise Drive
Rocky Hill, CT 06067-4053

Brian M. Molinari, Esquire
Ronald E. Joseph, Esquire
Sean M. Kane, Esquire
William W. Cobb, Esquire
Landman Corsi Ballaine & Ford
120 Broadway, 27th Floor
New York NY 10271-0079

Joseph A. Labella, Esquire
James F. Shields, Esquire
Laureen J. Vitale, Esquire
Sean C. Joanis, Esquire
D'Attelo & Shields
500 Enterprise Drive, Suite 4B
Rocky Hill, CT 06067

Alan Muraidekh, Esquire
Lawrence R. Bailey, Jr. , Esquire
Hodgson Russ
Carnegie Hall Tower
152 W. 57th Street, 35th Floor
New York, NY 10019

- 5 -

Louis R. Pepe, Esquire
Anthony J. Natale, Esquire
Brian L. Wolinetz, Esquire
Pepe & Hazard
Goodwin Square
Hartford, CT 06103-4302

Donald P. Guerrini, Esq.
Julie A. Harris, Esq.
Law Offices of George J. DuBorg
200 Glastonbury Boulevard #301
Glastonbury, CT  06033

                                         _____
                                         Anthony Nuzzo, Jr.

\\fp\nuzzo\WP\401002\108\Mot ext re disc and mot order.doc