UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2004 NOV 18  P 12: 09

| | |
|---|---|
| NATIONAL SURETY CORPORATION | : |
| | : CIVIL ACTION NO. |
| Plaintiff, | : 3:02CV976 (WWE) |
| | : |
| vs. | : |
| | : |
| STEADFAST INSURANCE COMPANY, | : |
| NATIONAL RAILROAD PASSENGER | : |
| CORPORATION d/b/a AMTRAK, METRO | : |
| NORTH COMMUTER RAILROAD | : |
| COMPANY, DUCCI ELECTRICAL | : |
| CONTRACTORS, INC. and NATIONAL | : |
| UNION FIRE INSURANCE COMPANY OF | : |
| PITTSBURGH, PA | : |
| Defendants. | : September 28, 2004 |

## MOTION FOR EXTENSION OF TIME TO FILE A STIPULATION OF DISCONTINUANCE

The plaintiff in the above-referenced matter, National Surety Corp., hereby moves for an extension of time of up to and including December 10, 2004, within which to file a Stipulation of Discontinuance. The Court has recently issued an Order (**Exhibit A**) directing that the Stipulation of Discontinuance be filed no later than November 19, 2004. The undersigned counsel has prepared a Settlement Agreement which has been circulated to all counsel, and is awaiting both feedback as to any revisions and the final executed version of the agreement. Moreover, the undersigned counsel has circulated the Stipulation of Discontinuance to all counsel which has been signed by two of the four counsel involved in this case. Thus, the additional time is necessary in order to complete the closing paperwork.

The undersigned counsel represents that he has contacted all counsel involved in this matter and they consent to the granting of this motion.

*No Oral Argument Requested*
*No Testimony Required*

WHEREFORE, the undersigned requests that this motion be granted.

                THE PLAINTIFF,
                NATIONAL SURETY CORPORATION

By: _____
     Darren P. Renner, Esq. (ct15901)
     Lustig & Brown, LLP
     1177 Summer Street
     Stamford, CT 06905
     Phone No. 203-977-7840
     Fax No. 203-977-8649

## CERTIFICATE OF SERVICE

Pursuant to D.Conn.L.Civ.R.5, this is to certify that a copy of the foregoing has this date been mailed, postage prepaid to the following:

White, Fleischner & Fino
140 Broadway
New York, NY 11005

Nuzzo & Roberts, LLC
One Town Center
P.O. Box 747
Cheshire, CT 06410

_____
Darren P. Renner, Esq

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

National Surety Corp

V.

Steadfast Ins Co et al

Case Number: 02cv976(WWE)

NOTICE TO COUNSEL
----------------------

The above-entitled case was reported to the Court on 10/20/04 to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

Accordingly, an order of dismissal will be entered on November 19, 2004 unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at New Haven, Connecticut, October 27, 2004.


KEVIN F. ROWE, CLERK

By: _____
P.A. Moore
Deputy Clerk


Exhibit A