UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NATIONAL SURETY CORPORATION | : |
| Plaintiff, | : CIVIL ACTION NO.<br>: 3:02CV976 (WWE) |
| vs. | : |
| STEADFAST INSURANCE COMPANY,<br>NATIONAL RAILROAD PASSENGER<br>CORPORATION d/b/a AMTRAK, METRO<br>NORTH COMMUTER RAILROAD<br>COMPANY, DUCCI ELECTRICAL<br>CONTRACTORS, INC. and NATIONAL<br>UNION FIRE INSURANCE COMPANY OF<br>PITTSBURGH, PA | : |
| Defendants. | : September 28, 2004 |

### MOTION FOR EXTENSION OF TIME TO FILE A STIPULATION OF DISCONTINUANCE

The plaintiff in the above-referenced matter, National Surety Corp., hereby moves for an extension of time of up to and including December 10, 2004, within which to file a Stipulation of Discontinuance. The Court has recently issued an Order (**Exhibit A**) directing that the Stipulation of Discontinuance be filed no later than November 19, 2004. The undersigned counsel has prepared a Settlement Agreement which has been circulated to all counsel, and is awaiting both feedback as to any revisions and the final executed version of the agreement. Moreover, the undersigned counsel has circulated the Stipulation of Discontinuance to all counsel which has been signed by two of the four counsel involved in this case. Thus, the additional time is necessary in order to complete the closing paperwork.

The undersigned counsel represents that he has contacted all counsel involved in this matter and they consent to the granting of this motion.

*No Oral Argument Requested*
*No Testimony Required*

[Handwritten annotations in margin: "until 12/10/04", "dated 11/19/04", "Motion GRANTED", "WARREN W. EGINTON, Senior United States District Judge"]