UNITED STATED DISTRICT COURT
DISTRICT OF CONNECTICUT

NATIONAL SURETY CORPORATION,    X

                Plaintiff,

-against-

STEADFAST INSURANCE COMPANY,
NATIONAL RAILROAD PASSENGER
CORPORATION d/b/a AMTRAK, METRO
NORTH COMMUTER RAILROAD COMPANY,
DUCCI ELECTRICAL CONTRACTORS, INC., and
NATIONAL UNION FIRE INSURANCE COMPANY
OF PITTSBURGH, PA,

                Defendants.   X

CIVIL ACTION NO.:
3:02cv976 (WWE)

FILED 2004 DEC 13 P 1:22
U.S. DISTRICT COURT
BRIDGEPORT, CONN

## DEFENDANT STEADFAST INSURANCE COMPANY'S MOTION FOR AN EXTENSION OF TIME TO FILE A STIPULATION OF DISCONTINUANCE

Defendant Steadfast Insurance Company hereby moves for an extension of time up to and including January 17, 2005, within which a Stipulation of Discontinuance will be filed.

A settlement agreement has been reached in this matter and the only remaining issues to be resolved center on minor points dealing with the wording of the release and the collection of the requisite signatures from the proper individuals.

Counsel have been alerted to these issues and there is no opposition to the adjournment and there has been no abrogation of the settlement in principle reached by the various parties.

*No Oral Argument Requested*
*No Testimony Required*

THE DEFENDANT
STEADFAST INSURANCE COMPANY

By its attorneys

_____
Michael P. Reynolds
Federal Bar ID: CT23852
WHITE FLEISCHNER & FINO, LLP
140 Broadway - 36th Floor
New York, New York 10005
Tel: (212) 487-9700
Fax: (212) 487-9777
Our File No.: 210-9309-BAF/NDL

TO:   (See Attached Certificate of Service)

## CERTIFICATE OF SERVICE

Pursuant to D.Conn.L.Civ.R.7(e), this is to certify that a copy of the foregoing has this date been mailed, via U.S. mail to the following:

Anthony Nuzzo, Esq.
Nuzzo & Roberts, LLC
One Town Center
P.O. Box 747
Cheshire, CT 06410

Darren P. Renner, Esq.
LUSTIG & BROWN, LLP
1150 Summer Street
Stamford, CT 06905
Tel: 203-977-7840

United States District Court
for the District of Connecticut
Bridgeport Division
915 Lafayette Boulevard
Bridgeport, Connecticut 06604

Dated:    New York, NY
          December 9, 2004

_____
MICHAEL P. REYNOLDS