FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2005 JAN 24  P 1: 19

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| NATIONAL SURETY CORPORATION<br><br>Plaintiff,<br><br>vs.<br><br>STEADFAST INSURANCE COMPANY, NATIONAL RAILROAD PASSENGER CORPORATION d/b/a AMTRAK, METRO NORTH COMMUTER RAILROAD COMPANY, DUCCI ELECTRICAL CONTRACTORS, INC. and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH<br><br>Defendants. | CIVIL ACTION NO.<br>3:02CV00976 (WWE) |

## STIPULATION OF DISCONTINUANCE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), it is hereby stipulated and agreed that the above-entitled action be discontinued and dismissed with prejudice and without cost to any party.

_____
Darren P. Renner, Esq. (ct15901)
Lustig & Brown, LLP
Attorneys for the Plaintiff,
NATIONAL SURETY CORPORATION
1177 Summer Street
Stamford, CT 06905
Phone No. 203-977-7840
Fax No. 203-977-8649
Dated: 10/06/04

_____
Michael P. Reynolds, Esq. (ct23852)
White, Fleischner & Fino, LLP
Attorneys for the Defendants,
STEADFAST INSURANCE COMPANY,
NATIONAL RAILROAD PASSENGER
CORPORATION d/b/a AMTRAK, and
METRO NORTH COMMUTER RAILROAD
COMPANY
140 Broadway - 36th Floor
New York, NY 11005
Phone No. 212-487-9700
Fax No. 212-487-9777
Dated: 11/17/04

_____
Anthony J. Nuzzo, Jr., Esq. (ct05397)
Nuzzo & Roberts, LLC
Attorneys for the Defendant
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH
One Town Center
PO Box 747
Cheshire, CT 06410
Phone No. 203-250-2000
Fax No. 203-250-3131
Dated: 1/15/04

_____
David J. Crotta, Jr., Esq. (ct03235)
Mulvey, Oliver, Gould & Crotta
Attorneys for the Defendant
DUCCI ELECTRICAL CONTRACTORS, INC.
83 Trumbull Street
New Haven, CT 06511
Phone No. 203-624-5111
Fax No. 203-789-8371
Dated: 10/27/04